IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LILIA GARCIA, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. B 03-187 |
| vs. | § | |
| | § | (Removed from the 197TH Judicial District |
| | § | Court of Cameron County, Texas) |
| WARNER-LAMBERT COMPANY, | § | |
| PFIZER, INC. and SALINAS | § | |
| PHARMACY, INC., | § | |
| | § | |
| Defendants. | § | Jury Demanded |

## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Defendants Warner-Lambert Company LLC, (incorrectly named as "Warner-Lambert Company") ("Warner-Lambert") and Pfizer Inc. (incorrectly named as Pfizer, Inc.) ("Pfizer"), in compliance with the Court's Order for Conference and Disclosure of Interested Parties file their certificate of disclosure of interested parties as follows:

1. **Plaintiff:**

    **Lilia Garcia**

    c/o:   Attorneys for Plaintiff.

2. **Attorneys for Plaintiff Lilia Garcia**

    D. John Neese, Jr.
    State Bar No.: 24002678
    Robert A. Schwartz
    State Bar No.: 17869670
    John T. Boundas
    State Bar No.: 00793367
    **WILLIAMS BAILEY LAW FIRM, L.L.P.**
    8441 Gulf Freeway, Suite 600
    Houston, TX 77017

Telephone: (713) 230-2200
Facsimile: (713) 643-6226

3. Defendant Warner-Lambert Company LLC (incorrectly named "Warner-Lambert Company"):

   **Warner-Lambert Company LLC**
   201 Tabor Road
   Morris Plains, New Jersey 07950

4. Defendant Pfizer Inc. (incorrectly named "Pfizer, Inc."):

   **Pfizer Inc.**
   235 E. 42nd Street
   New York, New York 10017-5755

   Pfizer Inc. is publicly traded on the NYSE.

5. Attorneys for Defendants Warner-Lambert Company LLC and Pfizer Inc.:

   Jack E. Urquhart
   State Bar No. 20415600
   Federal ID: 2082
   **BEIRNE, MAYNARD & PARSONS, L.L.P.**
   1300 Post Oak Boulevard, Suite 2500
   Houston, Texas 77056
   Telephone: (713) 623-0887
   Facsimile: (713) 960-1527

6. Defendant Salinas Pharmacy, Inc. (upon information and belief, correctly named "Salinas Pharmacies, Inc."):

   **Salinas Pharmacies, Inc.**
   P.O. Box 689
   Harlingen, Texas 79551-0689

7.  Attorneys for Defendant Salinas Pharmacy, Inc. (upon information and belief, correctely named "Salinas Pharmacies, Inc.":

    Unknown at this time.

8.  **Other Interested Parties:**

    Defendants are not aware of any other interested parties.

                                        Respectfully submitted,

                                        _____
                                        Jack E. Urquhart
                                        Texas Bar No. 20415600
                                        Federal I.D. 2082

                                        **ATTORNEY-IN-CHARGE FOR DEFENDANTS
                                        WARNER-LAMBERT COMPANY LLC AND PFIZER INC.**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Certificate of Disclosure of Interested Parties was served *via* certified mail, return receipt requested, on the following known counsel of record on this 24th day of October, 2003.

D. John Neese, Jr., Esq.
Robert A. Schwartz, Esq.
John T. Boundas, Esq.
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017

_____
Maria Jorik Courtois