United States District Court
Southern District of Texas
FILED

NOV 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LILIA GARCIA | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:03-CV-187 |
| | § | (Removed from the 197th Judicial District |
| v. | § | Court of Cameron County, Texas) |
| | § | |
| WARNER-LAMBERT COMPANY | § | |
| LLC, PFIZER INC., and SALINAS | § | |
| PHARMACY, INC. | § | |
| | § | |
| Defendant | § | **Jury Demanded** |

## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Plaintiff Lilia Garcia in compliance with the Court's Order for Conference and Disclosure of Interested Parties files its Certificate of Disclosure of Interested Parties as follows:

1. Plaintiff:

   Ms. Lilia Garcia
   1421 North Reagan, #22
   San Benito, TX 78586

2. Attorneys for Plaintiff

   D. John Neese, Jr., Esq.
   Federal ID No.: 22641
   State Bar No. 24002678
   Robert A. Schwartz, Esq.
   State Bar No. 17869670
   John T. Boundas, Esq.
   State Bar No. 00793367
   **Williams Bailey Law Firm, LLP**
   8441 Gulf Freeway, Suite 600
   Houston, Texas 77017
   Telephone: (713)230-2200
   Facsimile: (713) 643-6226

3.     Defendant Warner-Lambert Company LLC

      Warner-Lambert Company LLC
      201 Tabor Road
      Morris Plains, NJ   07950

4.     Defendant Pfizer Inc.

      Pfizer Inc.
      235 E. 42nd Street
      New York, NY   10017-5755

      Pfizer Inc. is publicly traded on the NYSE.

5.     Defendant Salinas Pharmacy, Inc.

      Mr. Albert David Salinas
      480A North Sam Houston
      San Benito, TX 78586

6.     Attorney for Defendants Warner-Lambert Company LLC, and Pfizer Inc.

      Jack E. Urquhart, Esq.
      State Bar No.  20415600
      **Beirne, Maynard & Parsons, LLP**
      1300 Post Oak Blvd., Suite 2500
      Houston, Texas 77056
      Telephone: (713) 623-0887
      Facsimile: (713) 960-1527

7.     Attorney for Defendant Salinas Pharmacy, Inc.

      Not known at this time.

8.     Other Interested Parties:

      Plaintiff are not aware of any other interested parties.

Dated: November 4, 2003.

Respectfully submitted,

*[signature: D. John Neese, Jr.]*

D. John Neese, Jr.
Federal ID No.: 22641
Texas State Bar No.: 24002678
**Williams Bailey Law Firm, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
**Attorney-In-Charge for Plaintiff**

OF COUNSEL:
**Williams Bailey Law Firm, LLP**
Robert A. Schwartz, Esq.
State Bar No. 17869670
John T. Boundas, Esq.
State Bar No. 00793367
**Williams Bailey Law Firm, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2003, a true and correct copy of the foregoing was served on all parties listed below, as addressed and in the manner so stated:

*<u>Via Facsimile: 713-960-1527</u>*
Jack E. Urquhart, Esq.
**Beirne, Maynard & Parsons, LLP**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
    Attorney for Defendants Warner-Lambert Company LLC and Pfizer Inc.

_____
D. John Neese, Jr.