United States District Court
Southern District of Texas
FILED

NOV 0 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LILIA GARCIA | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:03-CV-187 |
| | § | (Removed from the 197th Judicial District |
| v. | § | Court of Cameron County, Texas) |
| | § | |
| WARNER-LAMBERT COMPANY | § | |
| LLC, PFIZER INC., and SALINAS | § | |
| PHARMACY, INC. | § | |
| | § | |
| Defendant | § | Jury Demanded |

## AMENDED CERTIFICATE OF
## DISCLOSURE OF INTERESTED PARTIES

Plaintiff Lilia Garcia in compliance with the Court's Order for Conference and Disclosure of Interested Parties files its Amended Certificate of Disclosure of Interested Parties as follows:

1. Plaintiff:

   Ms. Lilia Garcia
   1421 North Reagan, #22
   San Benito, TX 78586

2. Attorneys for Plaintiff

   D. John Neese, Jr., Esq.
   Federal ID No.: 22641
   State Bar No. 24002678
   Robert A. Schwartz, Esq.
   State Bar No. 17869670
   John T. Boundas, Esq.
   State Bar No. 00793367
   **Williams Bailey Law Firm, LLP**
   8441 Gulf Freeway, Suite 600
   Houston, Texas 77017
   Telephone: (713)230-2200
   Facsimile: (713) 643-6226

3. Defendant Salinas Pharmacy, Inc.

   Mr. Albert David Salinas
   480A North Sam Houston
   San Benito, TX 78586

4. Attorney for Defendant Salinas Pharmacy, Inc.

   Joe Hernandez, Esq.
   State Bar No.: 0951770
   Willette & Guerra, LLP
   801 Nolana, Suite 320-A
   McAllen, Texas 78504
   Telephone:   (956) 686-2266
   Facsimile:   (956) 686-5913

5. Other Interested Parties:

   Plaintiff are not aware of any other interested parties.

Dated: November 5, 2003.

                                    Respectfully submitted,

                                    _____
                                    D. John Neese, Jr.
                                    Federal ID No.: 22641
                                    Texas State Bar No.: 24002678
                                    **Williams Bailey Law Firm, LLP**
                                    8441 Gulf Freeway, Suite 600
                                    Houston, Texas 77017
                                    Telephone: (713)230-2200
                                    Facsimile: (713) 643-6226
                                    **Attorney-In-Charge for Plaintiff**

OF COUNSEL:
**Williams Bailey Law Firm, LLP**
Robert A. Schwartz, Esq.
State Bar No. 17869670
John T. Boundas, Esq.
State Bar No. 00793367
**Williams Bailey Law Firm, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2003, a true and correct copy of the foregoing was served on all parties listed below, as addressed and in the manner so stated:

*Via Facsimile: 713-960-1527*
Jack E. Urquhart, Esq.
**Beirne, Maynard & Parsons, LLP**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
   Attorney for Defendants Warner-Lambert Company LLC and Pfizer Inc.

*Via Facsimile: 956-686-5913*
Joe Hernandez, Esq.
Willette & Guerra, LLP
801 Nolana, Suite 320-A
McAllen, Texas 78504
   Attorney for Salinas Pharmacy, Inc.

_____
D. John Neese, Jr.