United States District Court
Southern District of Texas
ENTERED

DEC 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LILIA GARCIA, | § | Civil Action No. 03-CV-187 |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | Judge Andrew S. Hanen |
| WARNER-LAMBERT COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | Jury Demanded |

## ORDER GRANTING AGREED MOTION TO STAY ALL PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTI-DISTRICT LITIGATION OR RULING REGARDING REMAND

On this day, came on to be considered the Agreed Motion to Stay All Pretrial Proceedings Pending Transfer to Multi-District Litigation or Ruling Regarding Remand filed by the Parties. The Court is of the opinion that said motion is meritorious. It is therefore, ORDERED that:

1.　The Agreed Motion to Stay All Pretrial Proceedings Pending Transfer to Multi-District Litigation or Ruling Regarding Remand is GRANTED; and

2.　The Court's October 27, 2003 Order Setting Conference, setting an initial pretrial conference for March 12, 2004, instructing the Parties to confer as required by Rule 26(f) and to submit a joint case management plan at least 14 days before the conference, and concerning other pretrial matters, including but not limited to compliance with the requirement of filing initial disclosures pursuant to Rule 26

of the Federal Rules of Civil Procedure and/or attendance at any pretrial proceedings is VACATED/STAYED until further order of the Court.

SIGNED and ENTERED this 19th day of _____, 2003.

_____
The Honorable Andrew S. Hanen
United States District Judge