# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**
Michael N. Milby
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

December 11, 2003

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

MAIL
United States District Court
Southern District of Texas
RECEIVED 2:45

DEC 1 5 2003

Michael N. Milby, Clerk

Re: MDL-1348 -- In re Rezulin Products Liability Litigation

(See Attached Schedule CTO-65)

Dear Mr. McMahon:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on <u>November 25, 2003</u>. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _Teresa Bishop_
Deputy Clerk

Attachments

cc:     Transferee Judge:      Judge Lewis A. Kaplan
        Transferor Judges:     (See Attached List of Judges)
        Transferor Clerks:     (See Attached List of Clerks)

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 5 2003

FILED
CLERK'S OFFICE

*DOCKET NO. 1348*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE REZULIN PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-65)*

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 992 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
_____
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 1 1 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-65 - TAG ALONG CASES**
**DOCKET NO. 1348**
**IN RE REZULIN PRODUCTS LIABILITY LITIGATION**

## DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA CENTRAL**

~~CAC      2    03-7457      Virginia Kirkpatrick v. Warner-Lambert Co., et al.~~ Opposed 12/11/03
~~CAC      2    03-7458      Peter Wozniak v. Warner-Lambert Co., et al.~~ Opposed 12/11/03
~~CAC      2    03-7459      Charles Gordon v. Warner-Lambert Co., et al.~~ Opposed 12/11/03
~~CAC      2    03-7460      Shirley Lewan v. Warner-Lambert Co., et al.~~ Opposed 12/11/03
~~CAC      2    03-7461      Wynema Olson, etc. v. Warner-Lambert Co., et al.~~ Opposed 12/11/03
~~CAC      2    03-7966      John Villalobos v. Warner-Lambert Co., et al.~~ Opposed 12/11/03
~~CAC      5    03-1145      Glenda Valencia v. Warner-Lambert Co., et al.~~ Opposed 12/11/03

**CALIFORNIA EASTERN**

~~CAE      1    03-6458      Sherry Galvin v. Warner-Lambert Co.~~ Opposed 12/11/03
~~CAE      1    03-6460      Diane Christ v. Warner-Lambert Co., et al.~~ Opposed 12/11/03

**CALIFORNIA SOUTHERN**

~~CAS      3    03-2070      Maria Martinez v. Warner-Lambert Co., et al.~~ Opposed 12/11/03

**LOUISIANA WESTERN**

LAW      3    03-1625      Lula B. Love v. Parke-Davis Corp., et al.
LAW      5    03-1400      Larnett Mitchell, et al. v. Warner-Lambert Co., et al.

**MISSISSIPPI NORTHERN**

MSN      1    03-612      Thomas Randal Flake, et al. v. Parke-Davis, Inc., et al.
MSN      4    03-170      Mary Ellis, et al. v. Pfizer, Inc., et al.

**TEXAS NORTHERN**

TXN      4    03-1143      Grace Null v. Warner-Lambert Co., et al.
TXN      4    03-1197      David Sanchez v. Warner-Lambert Co., et al.

**TEXAS SOUTHERN**

TXS      1    03-187      Lilia Garcia v. Warner-Lambert Company, LLC, et al.
TXS      2    03-416      Lori Fraga, etc. v. Warner-Lambert Co., et al.

## INVOLVED COUNSEL LIST (CTO-65)
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LITIGATION

~~Robert E. Barnes~~
~~Barnes & Barnes~~
~~2315 Calder~~
~~P.O. Box 5876~~
~~Beaumont, TX 77726~~

~~Robert G. Barnes~~
~~Kaye Scholer, LLP~~
~~1999 Avenue of the Stars~~
~~Suite 1700~~
~~Los Angeles, CA 90067-6048~~

Richard T. Bennett
Bennett, Lotterhos, Sulser & Wilson
188 East Capitol Street
One Jackson Place, Suite 1400
P.O. Box 98
Jackson, MS 39205-0098

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

R. Keith Foreman
Mckay, Simpson, Lawler, Franklin
& Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488

~~Hector G. Gancedo~~
~~Gancedo & Nieves~~
~~144 West Colorado Blvd.~~
~~Pasadena, CA 91105~~

David C. Garza
Garza & Garza
P.O. Box 2025
Brownsville, TX 78522-2025

~~Thomas V. Girardi~~
~~Girardi & Keese~~
~~1126 Wilshire Boulevard~~
~~Los Angeles, CA 90017-1904~~

Brian K. Herrington
Herrington & White, PLLC
P.O. Box 12463
Jackson, MS 39236-2463

Liza I. Karsai
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

David Wayne Lambert
Lambert Law Office
P.O. Box 359
West Point, MS 39773

T.K. Moffett
Moffett Law Firm, PLLC
401 North Main Street
Armory, MS 38821

D. John Neese, Jr.
Williams Bailey Law Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

~~Tina B. Nieves~~
~~Gancedo & Nieves~~
~~144 West Colorado Blvd.~~
~~Pasadena, CA 91105~~

~~Pierce O'Donnell~~
~~O'Donnell & Shaeffer~~
~~633 West 5th Street~~
~~Suite 1700~~
~~Los Angeles, CA 90071-2007~~

~~Gregory J. Owen~~
~~Owen, Patterson & Owen~~
~~23822 West Valencia Blvd.~~
~~Suite 201~~
~~Valencia, CA 91355~~

~~Christine A. Pagac~~
~~O'Donnell & Shaeffer, LLP~~
~~633 West Fifth Street~~
~~Suite 1700~~
~~Los Angeles, CA 90071~~

James C. Patton, Jr.
Crawley Law Office
P.O. Drawer 947
Louisville, MS 39339

Mark Lane Pearson
Law Office Of Mark L. Pearson
P.O. Box 3873
Jackson, MS 39207-3873

James E. Ross, Jr.
Ross Law Firm
602 North 5th Street
P.O. Box 1295
Monroe, LA 71210-1295

Albert D. Salinas
480A N. Sam Houston
San Benito, TX 78586

Robert A. Schwartz
Williams Bailey Law Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

W. James Singleton
Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108

Gary D. Thrash
Singletary & Thrash
P.O. Box 587
600 E. Amite St.
Jackson, MS 39205-0587

Albert H. Turnage
Turnage & Turnage
P.O. Box 325
Monticello, MS 39654-0325

Jack E. Urquhart
Beirne, Maynard & Parsons
Wells Fargo Bank Tower
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056-3000

Leigh Davis Vernon
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Frank A. Wood, Jr.
Watkins & Eager
The Emporium Building
400 East Capitol Street   Suite 300
P.O. Box 650
Jackson, MS 39205-0650

### INVOLVED JUDGES LIST (CTO-65)
### DOCKET NO. 1348
### IN RE REZULIN PRODUCTS LIABILITY LITIGATION

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. Hayden W. Head, Jr.
U.S. District Judge
U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
300 Fannin Street
Suite 5226
Shreveport, LA 71101

Hon. Anthony W. Ishii
U.S. District Judge
5408 U.S. Courthouse
1130 'O' Street
Fresno, CA 93721

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. Michael P. Mills
U.S. District Judge
355 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Manuel L. Real
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Dana M. Sabraw
U.S. District Judge
U.S. District Court
4290 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Robert J. Timlin
U.S. District Judge
George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501

Hon. Oliver W. Wanger
U.S. District Judge
5104 U.S. Courthouse
1130 O. Street
Fresno, CA 93721

**INVOLVED CLERKS LIST (CTO-65)**
**DOCKET NO. 1348**
**IN RE REZULIN PRODUCTS LIABILITY LITIGATION**

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

~~Jack L. Wagner, Clerk~~
~~5000 U.S. Courthouse~~
~~1130 O Street~~
~~Fresno, CA 93721~~

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Michael N. Milby, Clerk
101 Federal Building & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

~~Sherri R. Carter, Clerk~~
~~G-8 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

~~W. Samuel Hamrick, Jr., Clerk~~
~~4290 Edward J. Schwartz~~
~~Federal Building~~
~~880 Front Street~~
~~San Diego, CA 92101-8900~~